ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Voxtel, Inc. | ) ASBCA Nos. 63799, 63800, 63801 |
| | ) |
| Under Contract No. FA8650-15-C-1872 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:     Kate H. Kennedy, Esq.
    Davis Wright Tremaine LLP
    Seattle, WA

APPEARANCE FOR THE GOVERNMENT:     Samuel W. Morris, Esq.
    DCMA Chief Trial Attorney
    Defense Contract Management Agency
    Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  July 2, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63799, 63800, 63801, Appeals of Voxtel, Inc., rendered in conformance with the Board's Charter.

Dated:  July 2, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals